FILED

03/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0545

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. 20-0545

AMANDA ANN JOHNSON )
)
) ORDER ON MOTION FOR
) EXTENSION OF TIME TO FILE
Petitioner, ) APPELLEE'S RESPONSE BRIEF
)
)
and )
)
TYLER JAMES JOHNSON, )
)
Respondent. )
_____ )
)
TYLER JAMES JOHNSON )
)
Appellant, )
)
vs )
)
AMANDA ANN JOHNSON )
)
Appellee. )
)
_____

THIS MATTER comes before the Court upon the *Motion for Extension of time to File Petitioner/Appelle's Response Brief* filed by Katherine Delaney Berst on behalf of Appellee. The court having reviewed the same hereby GRANTS the *Motion for Extension of Time to File Brief*. The Appellee has a due date of April 30, 2021 to submit the brief to the Court.

1

DATED THIS _____ day of March, 2021.

_____
SUPREME COURT JUSTICE

NOTICE TO:

Katherine Delaney Berst, Counsel for Appelle
Christopher J. King, Counsel for Appellant

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 29 2021